[Civil No. 549.]

LEWIS C. McNARY et al., Petitioners, v. GEORGE M. WALKER et al., Respondents.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. J. J. Hawkins, Judge.

E. M. Sanford, for Petitioners.

Robert E. Morrison, and J. F. Wilson, for Respondents.

February 25, 1897. Affirmed.

---

[Civil No. 567.]

E. J. AUSTIN et al., Appellants, v. WILLIAM YATES, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. J. J. Hawkins, Judge.

T. W. Johnson, for Appellants.

Herndon & Norris, for Appellee.

February 25, 1897. Affirmed.

---

[Civil No. 540.]

HENRIETTA MINING AND MILLING COMPANY, Plaintiff in Error, v. HENRY JOHNSON, Defendant in Error.

ERROR to the District Court of the Fourth Judicial District in and for the County of Yavapai. John J. Hawkins, Judge.

Affirmed. 173 U. S. 221, 43 L. Ed. 675, 19 Sup. Ct. 402.

J. F. Wilson, and Barnes & Martin, for Plaintiff in Error.

Robert E. Morrison, and E. M. Sanford, for Defendant in Error.

February 26, 1897. Modified by striking out lien; otherwise affirmed.